**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Troy K. Scheffler,

    Plaintiff(s),

-vs-                                                                         Civ. 14-02946-JNE-SER

Minnesota Department of Human Services,
Anoka County,

    Defendant(s).

**COST JUDGMENT**

The costs of the Defendant, Anoka County, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Troy K. Scheffler, as follows:

|  | **Claimed** | **Allowed** |
|---|---|---|
| Fees for copies | $45.50 | $45.50 |
| Docket fees | $30.00 | $30.00 |
| Total | $75.50 | $75.50 |

Costs, therefore, are taxed against Plaintiff, Troy K. Scheffler, in the amount of $75.50 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at Minneapolis, Minnesota, this 15th day of April, 2015.

                                                        RICHARD D. SLETTEN, CLERK

                                                        By: s/ T. Pepin

                                                        T. Pepin
                                                        Deputy Clerk